UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(West Palm Beach Divison)

DAVID M. LEVINE, not individually,
but solely in his capacity as Receiver for
SUNSTATE FX, INC.,

Case No. 01-8344-CIV-RYSKAMP

        Plaintiff,

vs.

PEGGY L. PATTERSON,

        Defendant.
_____/

FILED by _____ D.C.
NOV 1 8 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B

## STIPULATED FINAL JUDGMENT

THIS CAUSE came before the Court upon the agreement and stipulation of the parties. The Court, after having been duly advised that the parties are in agreement to the entry of this Final Judgment, hereby

**FINDS, ORDERS AND ADJUDGES** as follows:

1. Plaintiff, David M. Levine, not individually, but solely in his capacity as Receiver for Sunstate FX, Inc., whose address is 201 S. Biscayne Boulevard, Suite 2600, Miami, Florida 33131-4336 (the "Receiver"), filed this action against defendant, Peggy L. Patterson, whose address is 5047 Heatherhill Lane, Boca Raton, Florida 33486, and whose Social Security Number is 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 ("Patterson"), seeking, among other things, the funds and other assets transferred to Patterson, directly or indirectly, from SunState FX, Inc.

2. Patterson has represented, under oath, in an Affidavit filed in <u>Securities and Exchange Commission v. SunState FX, Inc. et al.</u>, Case No. 01-8328-CIV-RYSKAMP, that all such assets have been transferred to the Receiver (with the exception of the assets specifically enumerated in prior stipulations executed by the parties hereto and approved by this Court in <u>Securities and Exchange Commission v. SunState FX, Inc. et al.</u>, Case No. 01-8328-CIV-RYSKAMP).

**Exhibit A**

3.  In reliance upon Patterson's representations, Final Judgment is hereby entered in favor of the Receiver and against Patterson in the sum of ten million dollars ($10,000,000.00), that shall bear interest at the statutory rate until paid, for which sum let execution issue forthwith.

4.  If it is determined that Patterson is in possession of any funds or assets of SunState FX, Inc. or knows the location of any funds or assets of SunState FX, Inc., other than those specifically enumerated in the prior stipulations executed by the parties hereto, the Receiver shall be granted a constructive trust on such funds or assets and they will immediately be transferred to him and Patterson shall be held in contempt of Court (with punishment and or fine to be determined at a later date, but which punishment and or fine may include incarceration) for failing to apprise this Court and the Receiver of the existence and location of such funds or assets.

5.  Because of the nature of the allegations in this action and <u>Securities and Exchange Commission v. SunState FX, Inc. et al.</u>, Case No. 01-8328-CIV-RYSKAMP, this Final Judgment shall not be dischargeable in any bankruptcy proceeding. The Receiver will exempt the following accounts from his collection efforts: Bank of America Savings Account #003707875989, Bank of America Certificate of Deposit Account #91000034720077, and Oppenheimer IRA #327-14602.

ORDERED in Chambers at West Palm Beach, Florida this ___18___ day of November, 2002.

_(signature)_
KENNETH L. RYSKAMP
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:

Jeffrey C. Schneider, Esq.
Richard Mateer, Esq.
H. Dohn Williams, Esq.

::ODMA\MHODMA\MIAMI;271686;1

2